IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **98-cv-2501-JLK**

**ROBERT HARRIS,**

    Plaintiff,

v.

**JOE MORALES in his individual and official capacity, MONTE GORE in his individual and official capacity, and SCOTT TEETSEL in his individual and official capacity,**

    Defendants.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

    The Unopposed Motion of Plaintiff Robert Harris for Continuation of Stay, filed January 13, 2006 (Doc. 125) is **GRANTED.** The ongoing **STAY** of proceedings is **CONTINUED** until resolution of Gore's appeal on the issue of qualified immunity to the Tenth Circuit. The parties shall submit a status report to the Court within 30 days of the Tenth Circuit's decision and shall, if appropriate, request the setting of a new pretrial conference date.

_____

Dated: January 13, 2006