IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **98-cv-02501-JLK**

**ROBERT HARRIS,**

    Plaintiff,

v.

**JOE MORALES in his individual and official capacity,**
**MONTE GORE in his individual and official capacity, and**
**SCOTT TEETSEL in his individual and official capacity,**

    Defendants.

_____

**ORDER**
_____

Kane, J.

    This matter is before me on Plaintiff's Motion for Leave to Designate Expert Witness (Dkt. 127), filed January 3, 2007. Having carefully considered the Motion and related briefing, and all applicable legal authorities, and being fully advised in the premises, I GRANT the motion. Plaintiff has demonstrated good cause to designate Roger Clark as an expert witness at this time. I find Plaintiff has acted in good faith and, under the circumstances of this case, that the reason for delay was not fully in his control. Further, no prejudice to Defendants or delay in these proceedings will result from Mr. Clark's expert designation given that the case been stayed and no trial date set due to Defendant Gore's interlocutory appeal on the issue of qualified immunity. There also is no question that I have jurisdiction to decide Plaintiff's motion. In granting Plaintiff

leave to designate Mr. Clark as an expert, I make no findings regarding the admissibility of his proffered testimony.

Defendants may, if they wish, designate an expert to rebut Mr. Clark's proffered testimony and provide the information required by Fed. R. Civ. P. 26(a)(2) no later than March 12, 2007.  *See* Fed. R. Civ. P. 26(a)(2)(C) (allowing 30 days for designation of rebuttal experts).  The parties may conduct discovery with respect to Mr. Clark's testimony and that of any rebuttal expert until April 10, 2007.

IT IS SO ORDERED.

Dated this 9th day of February, 2007.

                                      s/John L. Kane
                                      John L. Kane, Senior District Judge
                                      United States District Court