IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: June 7, 2007
Courtroom Deputy: Bernique Abiakam
Court Reporter: Gwen Daniel

_____

Civil Action No. 98-cv-02501-JLK

| | |
|---|---|
| ROBERT HARRIS, | Michael S. Freeman |
| | Jacy Rock |
| Plaintiff, | |
| v. | |
| JOE MORALES, in his individual and official capacity, MONTE GORE, in his individual and official capacity, and SCOTT TEETSEL, in his individual and official capacity, | Robert M. Liechty Melanie Lewis |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

2:06 p.m.     Court in session.

Court calls case.  Counsel present.

Preliminary remarks by the Court.

**ORDERED:** Motion For Leave To Submit Supplemental Authority (Filed 6/7/07; Doc. No. 147) is GRANTED.

Counsel present argument regarding the Captain Gore's issue of Qualified Immunity.

2:15 p.m.     Argument by Ms. Lewis.

2:23 p.m.     Rebuttal argument by Ms. Rock.

*98-cv-02501-JLK*
*Motions Hearing*
*June 7, 2007*

2:28 p.m.     Further argument by Ms. Lewis.

2:31 p.m.     Findings and conclusions by the Court.

2:40 p.m.     Comments by Mr. Freeman.

Further comments by the Court.

**ORDERED:   Officer Teetsel's Brief in Support Of Renewed Motion For Partial Summary Judgment (Filed 4/16/07; Doc. No. 141) is DENIED.**

**ORDERED:   Captain Gore's defense of Qualified Immunity is REJECTED.**

**ORDERED:   Counsel shall submit the Order on or before June 27, 2007.**

2:42 p.m     Court in recess.
Hearing concluded.
Time: 00:38